UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO GOMEZ,<br><br>        Petitioner,<br><br>   vs.<br><br>KEN CLARK,<br><br>        Respondent. | 1:10-cv-00010 YNP (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   February 4, 2010**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE